# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

FILED
MAR 1 8 2014
PATRICK KEANEY
Clerk, U.S District Court
By_____
Deputy Clerk

MARIO WILLIAMS, )
)
Plaintiff, )
)
v. ) No. CIV 13-206-RAW-SPS
)
JUSTIN JONES, et al., )
)
Defendants. )

## OPINION AND ORDER
## DENYING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Plaintiff's has filed a motion for class certification (Docket No. 4). The proposed class consists of maximum security Muslim prisoners at Davis Correctional Center and Muslim prisoners in the Oklahoma Department of Corrections prison system who are being denied Jumuah religious services and a Kosher diet.

Courts are reluctant to certify a class represented by a pro se litigant, because a layman representing himself is considered "to be clearly too limited to allow him to risk the rights of others." *Oxendine v. Williams*, 509 F.2d 1405, 1407 (4th Cir. 1975). Although plaintiff, a pro se litigant, has the right to appear on his own behalf, he may not represent another pro se plaintiff in federal court. 28 U.S.C. § 1654; *see, e.g., United States v. Grismore*, 546 F.2d 844 (10th Cir. 1976); *Herrera-Venegas v. Sanchez-Rivera*, 681 F.2d 41, 42 (1st Cir. 1982); *United States v. Taylor*, 569 F.2d 448, 451 (7th Cir.), *cert. denied*, 435 U.S. 952 (1978).

**ACCORDINGLY,** plaintiff's motion for class certification (Docket No. 4) is DENIED.

IT IS SO ORDERED this 18th day of March 2014.

_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE