# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **MARIO WILLIAMS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **No. CIV 13-206-RAW-SPS** |
| | ) | |
| **TIM WILKINSON and** | ) | |
| **BRIAN WIDEMAN,** | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION AND ORDER

Plaintiff appealed the Opinion and Order dismissing this action to the Tenth Circuit Court of Appeals. The appellate court reversed and remanded for further proceedings concerning Plaintiff's (1) communal-services RLUIPA and First Amendment claims, (2) Kosher-diet RLUIPA and First Amendment claims, (3) motion for appointment of counsel, (4) motion for class certification, and (5) motion for preliminary injunction. *Williams v. Wilkinson*, No. 15-7022, slip op. at 32 (10th Cir. Apr. 14, 2016) (Dkt. 58).

**ACCORDINGLY,** the defendants are directed to file within thirty (30) days a response to the remanded issues. Plaintiff is granted thirty (30) days to file a reply to the defendants' response, if appropriate.

**IT IS SO ORDERED** this 26th day of May 2016.

**Dated this 26th day of May, 2016.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma